IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ESTATE OF MICHAEL HEISER et al,      No   Misc 08-80169 VRW

    Plaintiffs,                          ORDER

    v

ISLAMIC REPUBLIC OF IRAN, et al,

    Defendant.
_____/

    Plaintiffs seek a writ of attachment against Shia Association of Bay Area, Inc ("Shia Association"), as garnishee for The Alavi Foundation, alleged to be an agency or instrumentality of the defendants.  Doc #2-4 at 5.  Plaintiffs allege "[u]pon information and belief" that the Shia Association is indebted to The Alavi Foundation.  Doc #2 ¶9.

    Plaintiffs are DIRECTED to inform the court in writing not later than April 27, 2010 the basis for their belief that the Shia Association is an appropriate subject for a writ of attachment.

    IT IS SO ORDERED.

                                   VAUGHN R WALKER
                                   United States District Chief Judge