1  BROOKE L. KILLIAN (California Bar No. 239298)
   DLA PIPER LLP (US)
2  401 B Street, Suite 1700
   San Diego, CA  92101-4297
3  Tel:  619.699.2700
   Fax:  619.699.2701
4
   Attorneys for Plaintiff
5  Estate of Michael Heiser, *et al.*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Estate of Michael Heiser, *et al.*, | CASE NO.  08-MC-80169 |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING APPLICATION FOR WRIT OF ATTACHMENT** |
| v. | |
| Islamic Republic of Iran, *et al.*, | Judge:  Vaughn R. Walker |
| Defendant. | Date:  N/A<br>Time:  N/A |
| Estate of Millard D. Campbell, *et al.*, | |
| Plaintiff, | |
| v. | |
| Islamic Republic of Iran, *et al.*, | |
| Defendant. | |
| v. | |
| Shia Association of Bay Area, Inc., 4415 Fortran Court, San Jose, CA 95148, | |
| Garnishee. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA PIPER LLP (US)
SAN DIEGO

WEST\21874638.1

-1-
[PROPOSED] ORDER GRANTING WRIT OF ATTACHMENT

1    Upon consideration of the Application for Writ of Attachment (the "Application") filed by

2    the Plaintiffs Estate of Michael Heiser, *et al.* and Estate of Millard D. Campbell, *et al.*

3    (collectively, the "Plaintiffs"), and it appearing as though the Garnishee may have tangible and/or

4    intangible property from which the Plaintiffs may obtain a recovery, it is this __18th__ day of

5    __May__ _____, 2010, hereby ORDERED:

6        1.      That the Application is hereby GRANTED; and

7        2.      That the Clerk of the United States District Court for the Northern District of

8    California shall cause to be issued a Writ of Attachment, in substantially similar form as attached

9    as Exhibit "1" hereto, commanding the Garnishee, to answer and file a garnishee's memorandum

10   within ten (10) days of service of the Writ.

11

12   Dated: May 18, 2010

13   By _____

14   DIST

15   United S    Judge Vaughn R Walker    the Northern

16   District o

17

18

19

20

21

22

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN DIEGO

WEST\21874638.1        [PROPOSED] ORDER GRANTING WRIT OF ATTACHMENT

# EXHIBIT 1

BROOKE L. KILLIAN (California Bar No. 239298)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

Attorneys for Plaintiff
Estate of Michael Heiser, *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Michael Heiser, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>Islamic Republic of Iran, *et al.*,<br><br>Defendant. | CASE NO.  08-MC-80169<br><br>**[PROPOSED] WRIT OF ATTACHMENT**<br><br>Judge:  Vaughn R. Walker<br>Date:  N/A<br>Time:  N/A |
| Estate of Millard D. Campbell, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>Islamic Republic of Iran, *et al.*,<br><br>Defendant. | |
| v.<br><br>Shia Association of Bay Area, Inc., 4415 Fortran Court, San Jose, CA 95148,<br><br>Garnishee. | |

DLA PIPER LLP (US)
SAN DIEGO

WEST\21874639.1          [PROPOSED] WRIT OF ATTACHMENT

EXHIBIT 1, PAGE 3

1

# WRIT OF ATTACHMENT

2

3    **TO:    SHIA ASSOCIATION OF BAY AREA, INC.,** garnishee

4          4415 Fortran Court

5          San Jose, CA  95148

6          Serve on:      Vahid Hussaini

7

8    **Date of Writ:** _____

9

10   **Name and Address of Plaintiffs:**

11   Estate of Michael Heiser, et al.

12   Estate of Millard D. Campbell, et al.

13   c/o

14   Brooke Killian, Esq. (attorney for Plaintiffs)

15   DLA Piper LLP (US)

16   401 B Street, Suite 1700

17   San Diego, California  92101-4297

18

19   **Last Known Address of the Defendants**

20   The Alavi Foundation

21   500 Fifth Avenue, Suite 2320

22   New York, New York  10110

23

24   *An agency and/or instrumentality of the defendants:*

25   Islamic Republic of Iran

26   Islamic Revolutionary Guard Corp.

27   Iranian Ministry of Information and Security

28   Iranian Islamic Revolutionary Guard Corps.

1

**Amount to be Secured by Attachment**

2

Five Hundred Ninety-One Million, Eight Nine Thousand, Nine Hundred Fifty-Six Dollars and

3

zero cents ($591,089,956.00).

4

5

**Description of the Property to be Levied Upon**

6

Tangible or intangible personal property of The Alavi Foundation in the garnishee's hands,

7

possession or control.  Specifically, the Garnishee is indebted to The Alavi Foundation pursuant

8

to a loan agreement on which it makes payments to The Alavi Foundation.  The Alavi Foundation

9

is an agency and/or instrumentality of the Islamic Republic of Iran pursuant to the facts set forth

10

in the Verified Amended Complaint filed by the United States of America in *United States of*

11

*America v. All Right, Title, and Interest of Assa Corporation, Assa Co. Ltd., Bank Melli Iran, and*

12

*the Alavi Foundation in 650 Fifth Avenue Co., Including But Not Limited To, the Real Property*

13

*and Appurtenances Located at 650 Fifth Avenue, New York, New York, with All Improvements*

14

*and Attachments Thereon, and All property Traceable Thereto, et al.*, United States District Court

15

for the Southern District of New York, Case No. 08 Civ 10934 (RJH).

16

17

**Pursuant to California Code of Civil Procedure 488.610, you are required to file a**

18

**garnishee's memorandum within ten (10) days of service of this Notice.  The garnishee's**

19

**memorandum shall be provided to the levying officer.**

20

21

**SO ORDERED:**        Dated:_____        _____

22

By: Deputy Clerk

23

24

25

26

27

28

DLA PIPER LLP (US)
SAN DIEGO

WEST\21874639.1

-3-
[PROPOSED] WRIT OF ATTACHMENT

**INSTRUCTIONS TO PERSON SERVING WRIT OF ATTACHMENT**

YOU ARE COMMANDED to summon SHIA ASSOCIATION OF BAY AREA, INC., 4415 Fortran Court, San Jose, CA 95148, through service on its agent for service of process, Vahid Hussaini, to serve a garnishee's memorandum to this Writ of Attachment ("Writ") pursuant to California Code of Civil Procedure 488.610, on the levying officer within 10 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter, stating whether the garnishee is indebted to any of the Defendants, the Islamic Republic of Iran, Iranian Ministry of Information and Security, the Islamic Revolutionary Guard Corps., and the Iranian Islamic Revolutionary Guard Corps. (the "Judgment Debtors"), and any agency or instrumentality of the Judgment Debtors or any entity controlled by the Judgment Debtors, including, but not limited to the Alavi Foundation, in this cause, at the time of the answer, or was indebted at the time of service of the Writ, or at any time between such times, and in what sum, AND what tangible and intangible personal property of the Judgment Debtors, and any agency or instrumentality of the Judgment Debtors or any entity controlled by the Judgment Debtors, including, but not limited to the Alavi Foundation, the garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person indebted to these Judgment Debtors and any agency or instrumentality of the Judgment Debtors or any entity controlled by the Judgment Debtors, including, but not limited to the Alavi Foundation, or who may have any other the property (including, but not limited to the right to the payment of loan receivables, accounts receivable, and any other intangible obligations) of the Judgment Debtors, and any agency or instrumentality of the Judgment Debtors or any entity controlled by the Judgment Debtors, including, but not limited to the Alavi Foundation, in its possession or control.

Specifically, the property to be seized is all Tangible or intangible personal property of The Alavi Foundation in the garnishee's hands, possession or control. Specifically, the Garnishee is indebted to The Alavi Foundation pursuant to a loan agreement on which it makes payments to The Alavi Foundation. The Alavi Foundation is an agency and/or instrumentality of the Islamic

-4-

Republic of Iran pursuant to the facts set forth in the Verified Amended Complaint filed by the United States of America in *United States of America v. All Right, Title, and Interest of Assa Corporation, Assa Co. Ltd., Bank Melli Iran, and the Alavi Foundation in 650 Fifth Avenue Co., Including But Not Limited To, the Real Property and Appurtenances Located at 650 Fifth Avenue, New York, New York, with All Improvements and Attachments Thereon, and All property Traceable Thereto, et al.*, United States District Court for the Southern District of New York, Case No. 08 Civ 10934 (RJH).  The property is not a dwelling.  The amount set in Plaintiffs' motion is $591,089,956.00.

Dated: February 2, 2010

DLA PIPER LLP (US)

By _____

BROOKE L. KILLIAN
Attorneys for Plaintiff
Estate of Michael Heiser, et al.

WEST\21874639.1

-5-
[PROPOSED] WRIT OF ATTACHMENT

EXHIBIT 1, PAGE 7