| | |
|---|---|
| 1 | BROOKE L. KILLIAN (California Bar No. 239298) |
| | DLA PIPER LLP (US) |
| 2 | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| 3 | Tel: 619.699.2700 |
| | Fax: 619.699.2701 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | Estate of Michael Heiser, *et al.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of Michael Heiser, *et al.*, | CASE NO. 08-MC-80169 |
| Plaintiff, | **[PROPOSED] WRIT OF ATTACHMENT** |
| v. | Judge: Vaughn R. Walker |
| Islamic Republic of Iran, *et al.*, | Date: N/A |
| Defendant. | Time: N/A |
| Estate of Millard D. Campbell, *et al.*, | |
| Plaintiff, | |
| v. | |
| Islamic Republic of Iran, *et al.*, | |
| Defendant. | |
| v. | |
| Shia Association of Bay Area, Inc., 4415 Fortran Court, San Jose, CA 95148, | |
| Garnishee. | |

DLA PIPER LLP (US)
SAN DIEGO

WEST\21874639.1          [PROPOSED] WRIT OF ATTACHMENT

-1-

## WRIT OF ATTACHMENT

TO:   SHIA ASSOCIATION OF BAY AREA, INC., garnishee

4415 Fortran Court

San Jose, CA  95148

Serve on:   Vahid Hussaini

**Date of Writ:** _____

**Name and Address of Plaintiffs:**

Estate of Michael Heiser, et al.

Estate of Millard D. Campbell, et al.

c/o

Brooke Killian, Esq. (attorney for Plaintiffs)

DLA Piper LLP (US)

401 B Street, Suite 1700

San Diego, California  92101-4297

**Last Known Address of the Defendants**

The Alavi Foundation

500 Fifth Avenue, Suite 2320

New York, New York  10110

*An agency and/or instrumentality of the defendants:*

Islamic Republic of Iran

Islamic Revolutionary Guard Corp.

Iranian Ministry of Information and Security

Iranian Islamic Revolutionary Guard Corps.

1 **Amount to be Secured by Attachment**

2 Five Hundred Ninety-One Million, Eight Nine Thousand, Nine Hundred Fifty-Six Dollars and
3 zero cents ($591,089,956.00).

4

5 **Description of the Property to be Levied Upon**

6 Tangible or intangible personal property of The Alavi Foundation in the garnishee's hands,
7 possession or control. Specifically, the Garnishee is indebted to The Alavi Foundation pursuant
8 to a loan agreement on which it makes payments to The Alavi Foundation. The Alavi Foundation
9 is an agency and/or instrumentality of the Islamic Republic of Iran pursuant to the facts set forth
10 in the Verified Amended Complaint filed by the United States of America in *United States of*
11 *America v. All Right, Title, and Interest of Assa Corporation, Assa Co. Ltd., Bank Melli Iran, and*
12 *the Alavi Foundation in 650 Fifth Avenue Co., Including But Not Limited To, the Real Property*
13 *and Appurtenances Located at 650 Fifth Avenue, New York, New York, with All Improvements*
14 *and Attachments Thereon, and All property Traceable Thereto, et al.*, United States District Court
15 for the Southern District of New York, Case No. 08 Civ 10934 (RJH).

16

17 **Pursuant to California Code of Civil Procedure 488.610, you are required to file a**
18 **garnishee's memorandum within ten (10) days of service of this Notice. The garnishee's**
19 **memorandum shall be provided to the levying officer.**

20

21 **SO ORDERED:**   Dated: 5-20-10

22                                                    By: Deputy Clerk   GLORIA ACEVEDO

DLA PIPER LLP (US)
SAN DIEGO

WEST\21874639.1         [PROPOSED] WRIT OF ATTACHMENT

-3-